IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACQUIRE ASIA PACIFIC PHILIPPINES, INC. and ACQUIRE INTELLIGENCE INC. | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. NO. 4:25-cv-04324 |
| S4 COMMUNICATIONS, LLC, FUSION BPO SERVICES, INC., and AMERIDIAL, INC. | § § § § § | |
| *Defendants*. | § | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' ANSWER TO DEFENDANTS' AMENDED COUNTERCLAIMS

Plaintiffs, Acquire Asia Pacific Philippines, Inc. ("Acquire Philippines") and Acquire Intelligence Inc. (formerly Acquire BPO, Inc.) ("Acquire") file their Answer to Defendants S4 Communications LLC ("S4"), Fusion BPO Services, Inc., and Ameridial, Inc.'s ("Ameridial") (collectively "Defendants"), Amended Counterclaims and would show as follows.

### The Parties

47. Plaintiffs admit the allegations in Paragraph 47 of Defendants' Amended Answer and Counterclaims.

48. Plaintiffs deny the allegations in Paragraph 48 of Defendants' Amended Answer and Counterclaims.

49. Plaintiffs admit the allegations in Paragraph 49 of Defendants' Amended Answer and Counterclaims.

### The Counterclaim Defendants Appoint a Representative

50. Plaintiffs admit the allegations in Paragraph 50 of Defendants' Amended Answer and Counterclaims.

51.     Plaintiffs admit the allegations in Paragraph 51 of Defendants' Amended Answer and Counterclaims.

52.     Plaintiffs admit the allegations in Paragraph 52 of Defendants' Amended Answer and Counterclaims.

53.     Plaintiffs admit the allegations in Paragraph 53 of Defendants' Amended Answer and Counterclaims.

54.     Plaintiffs deny the allegations in Paragraph 54 of Defendants' Amended Answer and Counterclaims. The Letter Agreement speaks for itself.

55.     Plaintiffs deny the allegations in Paragraph 55 of Defendants' Amended Answer and Counterclaims.

56.     Plaintiffs admit that Paragraph 14 of the Letter Agreement required Plaintiffs' joint cooperation with Ameridial in the development of a transition plan in which Acquire Philippines would provide certain services. Plaintiff denies the allegations of Paragraph 56 of Defendants' Amended Answer and Counterclaims to the extent they suggest that the obligations of Paragraph 14 of the Letter Agreement were Plaintiffs' sole responsibility rather than a shared obligation of Plaintiffs and Ameridial.

57.     Plaintiffs deny the allegations of Paragraph 57 of Defendants' Amended Answer and Counterclaims.

58.     Plaintiffs deny the allegations of Paragraph 58 of Defendants' Amended Answer and Counterclaims.

59.     Plaintiffs deny the allegations of Paragraph 59 of Defendants' Amended Answer and Counterclaims.

60. Plaintiffs deny the allegations of Paragraph 60 of Defendants' Amended Answer and Counterclaims.

61. Plaintiffs deny the allegations of Paragraph 61 of Defendants' Amended Answer and Counterclaims.

62. Plaintiffs deny the allegations of Paragraph 62 of Defendants' Amended Answer and Counterclaims. The CCSA speaks for itself.

63. Plaintiffs deny the allegations of Paragraph 63 of Defendants' Amended Answer and Counterclaims.

64. Plaintiffs deny the allegations of Paragraph 64 of Defendants' Amended Answer and Counterclaims.

65. Plaintiffs deny the allegations of Paragraph 65 of Defendants' Amended Answer and Counterclaims.

66. Plaintiffs deny the allegations of Paragraph 66 of Defendants' Amended Answer and Counterclaims.

## COUNTERCLAIM I: Breach of Contract

67. Paragraph 67 of Defendants' Amended Answer and Counterclaims contains a statement to which no response is required.

68. Plaintiffs deny the allegations of Paragraph 68 of Defendants' Amended Answer and Counterclaims. The Letter Agreement speaks for itself.

69. Plaintiffs deny the allegations of Paragraph 69 of Defendants' Amended Answer and Counterclaims.

70. Plaintiffs deny the allegations of Paragraph 70 of Defendants' Amended Answer and Counterclaims.

71. Plaintiffs deny the allegations of Paragraph 71 of Defendants' Amended Answer and Counterclaims.

72. Plaintiffs deny the allegations in Paragraph 72 of Defendants' Amended Answer and Counterclaims.

## COUNTERCLAIM II: Breach of Contract

73. Paragraph 73 of Defendants' Amended Answer and Counterclaims contains a statement to which no response is required.

74. Plaintiffs deny the allegations of Paragraph 74 of Defendants' Amended Answer and Counterclaims.

75. Plaintiffs deny the allegations of Paragraph 75 of Defendants' Amended Answer and Counterclaims.

76. Plaintiffs deny the allegations of Paragraph 76 of Defendants' Amended Answer and Counterclaims.

77. Plaintiffs deny the allegations of Paragraph 77 of Defendants' Amended Answer and Counterclaims.

## ATTORNEY'S FEES

78. Plaintiffs deny the allegations of Paragraph 78 of Defendants' Amended Answer and Counterclaims.

## PLAINTIFFS' AFFIRMATIVE DEFENSES TO DEFENDANT AMERIDIAL'S COUNTERCLAIMS

1. Ameridial's Counterclaims fail to state a claim on which relief can be granted.

2. Ameridial failed to mitigate its damages.

3. Ameridial is contractually barred from recovering the consequential damages that it seeks.

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/Erin T. Hayes*
Erin T. Hayes [TBN 24137959]
[SDTX 3882471]
909 Fannin Street, Suite 2700
Houston, TX 77010
T: (713) 588-7000
F: (713) 588-7050

VORYS, SATER, SEYMOUR AND PEASE LLP
Gary J. Saalman [SDTX #792958]
52 East Gay Street
Columbus OH 43215
(713) 568-2884

**ATTORNEYS FOR PLAINTIFFS**
**ACQUIRE ASIA PACIFIC PHILIPPINES,**
**INC. and ACQUIRE INTELLIGENCE INC.**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been e-served on all counsel of record listed below in accordance with the Federal Rules of Civil Procedure, on this 26th day of February, 2026:

    Jeffrey B. Lucas
    Oracle Legal Group
    13325 Hargrave Rd. #280
    Houston, TX 77070
    *Attorney for Defendants*

                                            */s/ Erin T. Hayes*
                                            Erin T. Hayes